# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-50187
Case Name: SUKOSD, JEFF & MARA
Trustee Name: RICHARD A. WILSON



Claims of secured creditors will be paid as follows:

Claimant             Proposed Payment

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | RICHARD A. WILSON | $ 207.75 | $ 40.64 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

Reason/Applicant      Fees      Expenses

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,670.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 2,462.00 | $ 12.09 |
| 2 | DISCOVER BANK | $ 1,382.43 | $ 6.79 |
| 3 | DISCOVER BANK | $ 6,558.39 | $ 32.20 |
| 4 | Protech Security Inc. | $ 131.10 | $ 0.64 |
| 5 | CHASE BANK USA | $ 5,463.94 | $ 26.83 |
| 6 | CHASE BANK USA | $ 6,290.25 | $ 30.88 |
| 7 | CHASE BANK USA | $ 1,162.28 | $ 5.71 |
| 8 | CHASE BANK USA | $ 13,921.91 | $ 68.35 |
| 9 | CHASE BANK USA | $ 5,941.89 | $ 29.17 |
| 10 | CHASE BANK USA | $ 2,326.15 | $ 11.42 |
| 11 | CHASE BANK USA | $ 1,089.45 | $ 5.35 |

**UST Form 101-7-TFR (4/1/2009)**

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12 | CHASE BANK USA | $ 15,879.22 | $ 77.96 |
| 13 | PYOD LLC its successors and assigns | $ 3,230.29 | $ 15.86 |
| 14 | PYOD LLC its successors and assigns | $ 1,113.67 | $ 5.47 |
| 15 | Elan Financial Services | $ 6,276.74 | $ 30.82 |
| 16 | Cavalry Portfolio Services, LLC | $ 5,303.67 | $ 26.04 |
| 17 | AMERICAN EXPRESS BANK FSB | $ 6,966.49 | $ 34.20 |
| 18 | PRA Receivables Management, LLC | $ 612.07 | $ 3.00 |
| 19 | Chase Bank USA, N.A. | $ 294.31 | $ 1.44 |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,578.97 | $ 7.75 |
| 21 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,366.68 | $ 6.71 |
| 22 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,109.08 | $ 34.90 |
| 23 | The HMC Group | $ 203.81 | $ 1.00 |
| 24 | David & Melinda Stewart | $ 3,020.00 | $ 14.83 |
| 25 | St. Joseph's Federal Credit Union | $ 5,571.59 | $ 27.35 |
| 26 | RBS Citizens | $ 4,624.03 | $ 22.70 |
| 27 | Recovery Management Systems Corporation | $ 994.14 | $ 4.88 |
| 28 | Infibank-One Card | $ 7,795.86 | $ 38.27 |

Late filed general (unsecured) claims are as follows:

Claim Number   Claimant                Allowed Amt. of Claim   Proposed Payment
                        N/A

*handwritten: $10.96  ck #126  receipt #80865*

**UST Form 101-7-TFR (4/1/2009)**

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                                    N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**